**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-6459**

───────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

    versus

TREVOR LITTLE, a/k/a Trag, a/k/a Tragedy,

                                  Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-95-198)

───────────────

Submitted: July 26, 2001          Decided: August 10, 2001

───────────────

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Trevor Little, Appellant Pro Se. Michael Lee Keller, Monica Kaminski Schwartz, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Trevor Little appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion for relief from judgment. We have reviewed the record and Little's informal brief and find that Little is not entitled to relief because the case upon which he relies, <u>Slack v. Daniel</u>, 529 U.S. 473 (2000), does not call into question the validity of the denial of a certificate of appealability in Little's prior appeal. <u>See</u> <u>United States v. Little</u>, No. 99-7489 (4th Cir. Feb. 22, 2000) (unpublished). Accordingly, we deny Little's motion to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>